**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1686**

———————

WALTER B. GRAVES,

Plaintiff - Appellant,

versus

GWYNN, GWYNN & FARVER,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  James A. Beaty, Jr.,
District Judge.  (CA-96-892-2)

———————

Submitted:  September 11, 1997      Decided:  September 19, 1997

———————

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Walter B. Graves, Appellant Pro Se.  Ronald Jay Short, Jr., GWYNN,
GWYNN & FARVER, L.L.P., Reidsville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Graves v. Gwynn, Gwynn & Farver</u>, No. CA-96-892-2 (M.D.N.C. Apr. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>